JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. MILLER,<br><br>            Plaintiff,<br><br>     v.<br><br>D.A. WHITE, , et al.,<br><br>            Defendants. | Case No.  CV 14-7543--GW-KKx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 6, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE